# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Jon O. | U.S. Court of Appeals for the Second Circuit | 03/08/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge senior status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Corporator | Hartford Hospital |
| 2. Corporator | Institute of Living |
| 3. Elector | Hartford Atheneum |
| 4. Life Regent | University of Hartford |
| 5. Trustee | No. 1 Famly Trust (asset listed in Part VII, lines 181-285 |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Yale University | three nights lodging, lunches, and dinners at Global Constitutional seminar | $900.00 |
| 2. | University of Southern California | four nights lodging, parking, lunches, and 1 dinner at Jurist in Residence prograsm | $1,481.49 |
| 3. | Duke University Law School | three nights lodging, lunches and dinners at Jurist in Residence program | $900.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank accounts and cash (H): | | | | | | | | | |
| 2. Bank of America Sarasota FL | A | Interest | L | T | | | | | |
| 3. Wells Fargo expanded bank account | A | Interest | | | Closed | 10/17/20 | N | | |
| 4. Raymond James Bank Deposit Program | A | Interest | N | T | Open | 10/17/20 | N | | |
| 5. Brokerage Account No. 1 (H) | | | | | | | | | |
| 6. CDs (H): | | | | | | | | | |
| 7. Medallion Bank, Salt Lake City, UT 2.4 5/6/20 | A | Interest | | | Redeemed | 05/06/20 | K | | |
| 8. Citizens Bank Providence, RI 2.0 2/7/20 | A | Interest | | | Redeemed | 02/07/20 | K | | |
| 9. Goldman Sachs BK 1.6 2/18/21 | A | Interest | L | T | Buy | 02/01/20 | L | | |
| 10. Great Southern Bank MO 1.1 01/27/21 | A | Interest | L | T | Buy | 03/19/20 | K | | |
| 11. State Bank of India NY 1.7 11/17/20 | A | Interest | | | Redeemed | 03/18/20 | K | | |
| 12. Stocks (H): | | | | | | | | | |
| 13. Air Products | C | Dividend | N | T | | | | | |
| 14. Cigna Corp new (see note Part VIII) | | None | | | Closed | 03/27/20 | K | | |
| 15. Cisco | B | Dividend | M | T | | | | | |
| 16. Cummins | C | Dividend | N | T | | | | | |
| 17. Johnson and Johnson | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Merck | D | Dividend | N | T | | | | | |
| 19. | Microsoft | B | Dividend | O | T | | | | | |
| 20. | Minnesota Miniing and Manufacturing | C | Dividend | M | T | | | | | |
| 21. | Total Fina | D | Dividend | M | T | | | | | |
| 22. | Mutual funds and exchange-traded funds (H): | | | | | | | | | |
| 23. | 2BNY Mellon Technology Growth Fund (see note Part VIII) | | None | | | Closed | 03/27/20 | J | | |
| 24. | Calamos Growth & Income C Fund (see note Part VIII) | | None | | | Closed | 03/27/20 | M | | |
| 25. | Janus Henderson Intl Fund (see note part VIII) | | None | | | Closed | 03/27/20 | K | | |
| 26. | Invesco TR II S&P Mid Cap Revenue Fund (see note Part VIII) | | None | | | Closed | 03/27/20 | L | | |
| 27. | Invesco Oppenheimer Roch AMT Free Mu C Fund | | None | K | T | | | | | |
| 28. | Invesco TR II S&P Small Cap Revenue Fund (see pa VIII) | | None | | | Closed | 03/27/20 | L | | |
| 29. | Schwab 1000 Fund | B | Distribution | M | T | | | | | |
| 30. | Bonds (H): | | | | | | | | | |
| 31. | Bound Brook NJ '21 4.0 | B | Interest | L | T | | | | | |
| 32. | Colorado Springs CO Utils '22 5.0 | A | Interest | K | T | Buy | 01/15/20 | K | | |
| 33. | Davenport Iowa '21 2.0 | A | Interest | L | T | | | | | |
| 34. | Des Moines IA Stormwater '23 5.0 | A | Interest | K | T | Buy | 03/02/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Duncanville TX '23 5.0 | C | Interest | L | T | | | | | |
| 36. Elkhorn Minn '23 2.0 | A | Interest | L | T | | | | | |
| 37. Florida St Brd Ed '23 5.0 | A | Interest | K | T | Buy | 03/02/20 | K | | |
| 38. Georgia ST GO '23 5.0 | B | Interest | L | T | Buy | 01/15/20 | L | | |
| 39. Hamilton Cnty TN '23 5.0 | B | Interest | K | T | Buy | 03/02/20 | L | | |
| 40. Harris Cnty TX '22 30 | C | Int./Div. | L | T | | | | | |
| 41. Hartford CT '23 5.0 (see note Part VIII) | B | Interest | L | T | | | | | |
| 42. Holdingford Minn School '23 5.0 | B | Interest | L | T | | | | | |
| 43. Kenton Cnty KY '20 2.0 | A | Interest | | | Redeemed | 03/02/20 | K | | |
| 44. Lancaster PA GO '22 4.0 | B | Interest | L | T | Buy | 01/15/20 | L | | |
| 45. LaPorte Ind | A | Interest | | | Redeemed | 01/15/20 | K | | |
| 46. Louisiana GO A '23 5.0 | B | Interest | L | T | Buy | 03/02/20 | L | | |
| 47. Maryland '23 5.0 | B | Interest | L | T | | | | | |
| 48. Maryland '22 5.0 (note Part VIII) | B | Interest | K | T | | | | | |
| 49. Maryland RFDG '22 5.0 | A | Interest | K | T | | | | | |
| 50. Massachusetts rdfg ser A '23 5.0 | B | Interest | L | T | Buy | 05/07/20 | K | | |
| 51. Mich St Strat. '20 5.0 | B | Interest | | | Redeemed | 03/02/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. North Car. RFDG '23 5.0 | A | Interest | K | T | Buy | 03/02/20 | K | | |
| 53. Ohio St. job ready '22 4.0 | B | Interest | L | T | Buy | 01/15/20 | L | | |
| 54. Ohio St RFDG High Ed '22 5.0 | B | Interest | K | T | | | | | |
| 55. Oklahoma City '23 5.0 | B | Interest | K | T | Buy | 01/17/20 | K | | |
| 56. Oregon St Housing 2.65 '24 | B | Interest | L | T | | | | | |
| 57. Rhode Island Comm Corp '22 5.0 | B | Interest | L | T | | | | | |
| 58. South Amboy NJ '22 4.0 | B | Interest | L | T | | | | | |
| 59. Univ. CT '22 5.0 | B | Interest | L | T | | | | | |
| 60. Upper Trinity Wtr TX '22 5.0 | A | Interest | K | T | | | | | |
| 61. Washuington Cnty 01/17/20 5.0 | B | Interest | K | T | Buy | 01/17/20 | K | | |
| 62. West Wildwood, NJ -21 3.0 | B | Interest | L | T | | | | | |
| 63. Brokerage Account No. 2. (H): | | | | | | | | | |
| 64. Wells Fargo expanded bank deposit | A | Interest | | | Closed | 10/17/20 | M | | |
| 65. Raymond James Bank Deposit Program | A | Interest | M | T | Open | 10/17/20 | M | | |
| 66. Stocks (H): | | | | | | | | | |
| 67. Abbvie | C | Distribution | L | T | Buy<br>(add'l) | 01/30/20 | K | | |
| 68. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aflac | A | Dividend | J | T | | | | | |
| 70. | | | | | Buy | 03/30/20 | K | | |
| 71. Amazon | | None | L | T | Buy | 04/07/20 | J | | |
| 72. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 73. American Electric Power | A | Dividend | K | T | Buy (add'l) | 04/01/20 | J | | |
| 74. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 75. AT&T | A | Dividend | K | T | Buy (add'l) | 04/07/20 | J | | |
| 76. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 77. Amgen | A | Dividend | K | T | | | | | |
| 78. Apple | A | Dividend | M | T | Buy (add'l) | 04/07/20 | J | | |
| 79. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 80. Barrick Gold | | None | | | Buy | 09/29/20 | K | | |
| 81. | | | | | Sold | 12/03/20 | K | | |
| 82. Berkshire Hathaway | | None | K | T | | | | | |
| 83. Bristol Myers Squibb | A | Dividend | K | T | Buy | 03/30/20 | J | | |
| 84. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 85. | | | | | Buy (add'l) | 04/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 87. Broadcom | B | Dividend | L | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 90. Chevron | B | Dividend | L | T | Buy | 01/30/20 | K | | |
| 91. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 04/07/20 | K | | |
| 93. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 95. Cigna new (see note Part VIII) | | None | | | Open | 03/27/20 | L | | |
| 96. | | | | | Sold<br>(part) | 03/27/20 | K | | |
| 97. | | | | | Sold | 04/07/20 | K | E | |
| 98. Cisco | | None | | | Sold | 01/17/20 | J | A | |
| 99. Digital Realty Trust | A | Dividend | K | T | | | | | |
| 100. Dow Inc. | C | Dividend | L | T | Buy<br>(add'l) | 01/30/20 | J | | |
| 101. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 102. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Gilead Sciences | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 108.  Home Depot | A | Dividend | L | T | | | | | |
| 109.  IBM | A | Dividend | K | T | Buy | 04/07/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 112.  Intel | A | Dividend | K | T | Buy<br>(add'l) | 07/24/20 | J | | |
| 113.  Iron Mountain, Inc. | A | Dividend | L | T | Buy | 01/30/20 | K | | |
| 114. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 116.  Johnson & Johnson | A | Dividend | L | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 118.  JP Morgan Chase | A | Dividend | L | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Kimberly-Clark | A | Dividend | K | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 121. Merck | A | Dividend | K | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 122. Minnesota Mining & Manufacturing | | None | | | Sold | 01/19/20 | K | B | |
| 123. Nextera Energy | A | Dividend | | | Sold | 10/28/20 | J | | |
| 124. Nextera Energy | | None | L | T | Buy | 12/29/20 | L | | |
| 125. Pfizer | A | Dividend | | | Sold | 01/19/20 | J | B | |
| 126. Phillips 66 | B | Dividend | K | T | Buy<br>(add'l) | 04/14/20 | J | | |
| 127. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 128. Procter & Gamble | A | Dividend | L | T | | | | | |
| 129. Qualcomm | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 131. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 132. Realty Income Corp.. | B | Dividend | L | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 133. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 134. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 135. Southern Company | B | Dividend | K | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 136. US Bancorp | A | Dividend | L | T | Buy<br>(add'l) | 03/30/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 139. Verizon | A | Dividend | L | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 140. Waste Mgmt | A | Dividend | K | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 141. Mutual Funds (H) | | | | | | | | | |
| 142. American Tax-Exempt Bond Fund | | None | M | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 143. BNY Mellon Technology Growth Fund (see note Part VIII) | | None | | | Open | 03/27/20 | J | | |
| 144. | | | | | Sold | 03/27/20 | K | C | |
| 145. Calamos Growth & Income C Fund (see note Part VIII) | | None | | | Open | 03/27/20 | M | | |
| 146. | | | | | Sold<br>(part) | 03/27/20 | K | | |
| 147. | | | | | Sold | 04/14/20 | L | D | |
| 148. Goldman Sachs Dynamic Mun. Inc. Fund | A | Dividend | M | T | | | | | |
| 149. Exchange Traded Funds (H) | | | | | | | | | |
| 150. Invesco TR II S&P Mid Cap Revenue Fund (see note Part VIII) | | None | | | Open | 03/27/20 | K | | |
| 151. | | | | | Sold | 03/27/20 | K | | |
| 152. Invesco TR II S&P Small Cap Revenue Fund (see note Part VIII) | | None | | | Open | 03/27/20 | K | | |
| 153. | | | | | Sold | 03/27/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Janus Henderson Intl Fund (see note part VIII) | | None | | | Open | 03/27/20 | L | | |
| 155. | | | | | Sold | 03/27/20 | L | | |
| 156. SPDR S&P dividend ETF Fund | B | Dividend | L | T | Buy (add'l) | 03/30/20 | J | | |
| 157. Vanguard Intermediate Term ETF Bond Fund | B | Dividend | L | T | Buy | 03/30/20 | L | | |
| 158. Vanguard Short Term ETF bond Fund | B | Dividend | L | T | | | | | |
| 159. Merrill Edge Account (H): | | | | | | | | | |
| 160. Merrill Lynch direct deposit program | A | Interest | L | T | | | | | |
| 161. ETF and Mutual Funds (H) | | | | | | | | | |
| 162. AB Large Capital Growth Fund | A | Dividend | K | T | | | | | |
| 163. Invesco QQQ Trust Units Ser. 1 Fund (see note Part VIII) | A | Dividend | L | T | | | | | |
| 164. Ishares core S&P small cap etf fund | A | Dividend | K | T | | | | | |
| 165. Ishares S&P small cap 600 growth fund | A | Dividend | K | T | | | | | |
| 166. Janus Henderson Enterprise Fund | C | Dividend | | | Sold | 03/23/20 | K | | |
| 167. Vanguard Mid-Cap Value Index Fund | A | Dividend | K | T | | | | | |
| 168. Bonds (H) | | | | | | | | | |
| 169. Manatee County Recreational District 3.5 '50 | A | Interest | K | T | Buy | 01/17/20 | K | | |
| 170. Miami-Dade Cty. 5.0 '20 | A | Interest | | | Matured | 04/01/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. N.Y. St. Dorm. '21 5.0 | A | Interest | K | T | | | | | |
| 172. Wisc. Environmental 5.0 '20 | A | Interest | | | Matured | 06/01/20 | K | | |
| 173. Stocks (H) | | | | | | | | | |
| 174. Apple Inc. | A | Dividend | M | T | | | | | |
| 175. Other (H): | | | | | | | | | |
| 176. Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 177. AIG fixed income Annuity (IRA) | B | Interest | K | T | | | | | |
| 178. AIG fixed income Annuity (IRA) | A | Interest | J | T | | | | | |
| 179. - Trust No. 1: (H) | | | | | Distributed | 12/29/20 | P1 | | |
| 180. - Brokerage Account No. 1 (H) | | | | | Distributed | 12/29/20 | P1 | | |
| 181. - Wells Fargo expanded bank deposit account | A | Int./Div. | | | Closed | 10/17/20 | L | | |
| 182. - Raymond James Bank Deposit Program | A | Interest | L | T | Open | 10/17/20 | L | | |
| 183. - Stocks: (H) | | | | | Distributed | 12/29/20 | P1 | | |
| 184. - Corning | B | Dividend | | | Distributed | 12/29/20 | L | | |
| 185. - Exxon Mobil (see note Part VIII) | C | Dividend | | | Closed | 03/26/20 | M | | |
| 186. - Honeywell | B | Dividend | | | Distributed | 12/29/20 | M | | |
| 187. - Insteel | A | Dividend | | | Sold | 03/27/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - Koninklijke Phillips | A | Dividend | | | Distributed | 12/29/20 | L | | |
| 189.  - M & T Bank | C | Dividend | | | Distributed | 12/29/20 | M | | |
| 190.  - Norfolk Southern | C | Dividend | | | Distributed | 12/29/20 | M | | |
| 191.  - Pfizer | B | Dividend | | | Distributed | 12/29/20 | K | | |
| 192.  - Mutual Funds (H): | | | | | | | | | |
| 193.  - Bonds (H): | | | | | | | | | |
| 194.  - CT St Spl Tax '20 3.9 | A | Interest | | | Matured | 02/03/20 | L | | |
| 195.  - Cullman AL Util Elec 5.0 '23 | C | Interest | | | Distributed | 12/29/20 | L | | |
| 196.  - Everett PA Sch Dist 5.0 '23 | B | Interest | | | Distributed | 12/29/20 | K | | |
| 197.  - Florida Keys Aqueduct 5.0 '23 | | | | | Distributed | 12/29/20 | K | | |
| 198.  - Hillsborough FL 5.0 '23 | B | Interest | | | Distributed | 12/29/20 | L | | |
| 199.  - JEA Florida Wtr & Swr 5.0 '22 | B | Interest | | | Distributed | 12/29/20 | K | | |
| 200.  - Martin Cnty Florida 5.0 '20 | B | Interest | | | Redeemed | 10/01/20 | K | | |
| 201.  - Mass. St Cons 03/01/23 5.0 | B | Interest | | | Buy | 02/10/20 | L | | |
| 202. | | | | | Distributed | 12/29/20 | L | | |
| 203.  - Miami Dade Cnty 5.0 '22 | B | Interest | | | Distributed | 12/29/20 | K | | |
| 204.  - Municipal Elec auth GA 5.0 '20 | A | Interest | | | Matured | 01/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. - New Britain CT 5.0 '23 | B | Interest | | | Distributed | 12/29/20 | K | | |
| 206. - Northern Palm Sch Cnty FL 5.0 '23 | B | Interest | | | Distributed | 12/29/20 | L | | |
| 207. - Northern TX Mun. Wrt. 5.0 '22 | A | Interest | | | Distributed | 12/29/20 | J | | |
| 208. - Philadelphia PA Gas wks 5.0 '23 | C | Interest | | | Distributed | 12/29/20 | L | | |
| 209. - Philadelphia PA Ser B GO 5.0 '23 | B | Interest | | | Distributed | 12/29/20 | L | | |
| 210. - Port St. Lucie FL Util. 5.25 '23 | B | Interest | | | Distributed | 12/29/20 | K | | |
| 211. - Snohomish Cnty WA Pub. Util. 5.0 '22 | A | Interest | | | Distributed | 12/29/20 | K | | |
| 212. - Brokerage Account No. 2 (H) | | | | | Distributed | 12/29/20 | L | | |
| 213. - Wells Fargo expanded bank deposit accouint | A | Interest | | | Closed | 10/17/20 | K | | |
| 214. - Stocks: (H) | | | | | Distributed | 12/29/20 | L | | |
| 215. - Abbvie | A | Dividend | | | Buy | 03/30/20 | J | | |
| 216. | | | | | Distributed | 12/29/20 | J | | |
| 217. - Amazon | | None | | | Buy | 03/30/20 | J | | |
| 218. | | | | | Distributed | 12/29/20 | J | | |
| 219. - AT&T | A | Dividend | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 220. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 221. | | | | | Distributed | 12/29/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  - Apple | A | Dividend | | | Buy | 03/30/20 | J | | |
| 223. | | | | | Distributed | 12/29/20 | K | | |
| 224.  - Bristol Myers Squibb | A | Dividend | | | Buy | 03/30/20 | J | | |
| 225. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 226. | | | | | Distributed | 12/29/20 | J | | |
| 227.  - Broadcom | A | Dividend | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 229. | | | | | Distributed | 12/29/20 | J | | |
| 230.  - Chevron | A | Dividend | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 231. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 232. | | | | | Distributed | 12/29/20 | J | | |
| 233.  - Coca-cola | A | Dividend | | | Buy | 03/30/20 | J | | |
| 234. | | | | | Distributed | 12/29/20 | J | | |
| 235.  - Digital Realty Trust, Inc. | A | Dividend | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 236. | | | | | Distributed | 12/29/20 | J | | |
| 237.  - Exxon Mobil (see note Part VIII) | A | Dividend | | | Open | 03/26/20 | L | | |
| 238. | | | | | Sold<br>(part) | 03/30/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 240. | | | | | Sold | 09/08/20 | J | | |
| 241.   - General Mills | A | Dividend | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 242. | | | | | Distributed | 12/29/20 | J | | |
| 243.   - General Motors | A | Dividend | | | Sold | 03/30/20 | J | | |
| 244.   - Gilead Sciences | A | Dividend | | | Buy | 04/07/20 | J | | |
| 245. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 246. | | | | | Distributed | 12/22/20 | J | | |
| 247.   - Home Depot | A | Dividend | | | Buy | 03/30/20 | J | | |
| 248. | | | | | Distributed | 12/29/20 | J | | |
| 249.   - IBM | A | Dividend | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 250. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 251. | | | | | Distributed | 12/29/20 | J | | |
| 252.   - Intel | A | Dividend | | | Buy | 03/30/20 | K | | |
| 253. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 254. | | | | | Distributed | 12/29/20 | J | | |
| 255.   - Johnson & Johnson | A | Dividend | | | Buy<br>(add'l) | 03/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Distributed (part) | 12/29/20 | J | | |
| 257. - JP Morgan Chase | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 258. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 259. | | | | | Distributed | 12/29/20 | J | | |
| 260. - Kimberly Clark | A | Dividend | | | Buy | 03/30/20 | J | | |
| 261. | | | | | Distributed | 12/29/20 | J | | |
| 262. - LTC Properties Inc. | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 263. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 264. | | | | | Sold | 07/31/20 | J | | |
| 265. - Lockheed Martin | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 266. | | | | | Distributed | 12/29/20 | J | | |
| 267. - Nextera | A | Dividend | | | Buy | 03/30/20 | J | | |
| 268. | | | | | Sold | 10/29/20 | J | | |
| 269. | | | | | Distributed | 12/29/20 | J | | |
| 270. - Pfizer | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 271. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 272. | | | | | Distributed | 12/29/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Procter & Gamble | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 274. | | | | | Distributed | 12/29/20 | J | | |
| 275.  - Qualcomm | A | Dividend | | | Buy | 03/30/20 | J | | |
| 276. | | | | | Distributed | 12/29/20 | J | | |
| 277.  - Realty Income Corp. | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 278. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 279. | | | | | Distributed | 12/29/20 | J | | |
| 280.  - Southern Company | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 281. | | | | | Distributed | 12/29/20 | J | | |
| 282.  - Verizon | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 283. | | | | | Distributed | 12/29/20 | J | | |
| 284.  - Waste Mgmt | A | Dividend | | | Buy | 03/30/20 | J | | |
| 285. | | | | | Distributed | 12/29/20 | J | | |
| 286.  - Trust No. 2 (H): | | | | | | | | | |
| 287.  - Brokerage Account No. 1 (H): | | | | | | | | | |
| 288.  - Well Fargo expanded bank deposit account | A | Interest | | | Closed | 10/17/20 | N | | |
| 289.  - Raymond James Bank Deposit Pprogram | A | Interest | M | T | Open | 10/17/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - CDs (H) | | | | | | | | | |
| 291.  Great Southern Bank MO 1.1 01/27/21 | A | Interest | L | T | Buy | 05/15/20 | K | | |
| 292.  - JP Morgan Chase Bank 1.65 11/15/20 | A | Interest | | | Redeemed | 05/15/20 | K | | |
| 293.  - JPMorgan Chase Bank 1.7 11/29/20 | A | Interest | | | Redeemed | 05/29/20 | L | | |
| 294.  - Medallion Bank, Salt Lake City, UT 2.4 5/6/20 | A | Interest | | | Redeemed | 05/06/20 | K | | |
| 295.  - State Bank of India NY 1.7 11/17/20 | A | Interest | | | Redeemed | 03/18/20 | K | | |
| 296.  - First Financial Bank Cincinnati 1.0 3/15/21 | | None | L | T | Buy | 08/18/20 | K | | |
| 297.  - Stocks (H): | | | | | | | | | |
| 298.  - 3M | B | Dividend | M | T | | | | | |
| 299.  - Adobe Systems | | None | N | T | | | | | |
| 300.  - Agilent | A | Dividend | L | T | | | | | |
| 301.  - American Express | B | Dividend | M | T | | | | | |
| 302.  - Automatic Data Processing | D | Dividend | N | T | | | | | |
| 303.  - Baxter Int'l | C | Dividend | N | T | | | | | |
| 304.  - Becton Dickinson | C | Dividend | N | T | | | | | |
| 305.  - CDK Global | A | Dividend | K | T | | | | | |
| 306.  - Cigna | A | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  - Dominion Resources | D | Dividend | M | T | | | | | |
| 308.  - Edwards Life Resources | | None | O | T | | | | | |
| 309.  - Emerson Electric | B | Dividend | L | T | | | | | |
| 310.  - General Mills | D | Dividend | M | T | | | | | |
| 311.  - Home Depot | D | Dividend | O | T | | | | | |
| 312.  - Intel | C | Dividend | M | T | | | | | |
| 313.  - IBM | A | Dividend | K | T | | | | | |
| 314.  - Keysight Technologies | | None | L | T | | | | | |
| 315.  - McDonalds | C | Dividend | N | T | | | | | |
| 316.  - Microsoft | C | Dividend | O | T | | | | | |
| 317.  - Procter & Gamble | C | Dividend | M | T | | | | | |
| 318.  - RPM Int'l | D | Dividend | O | T | | | | | |
| 319.  - Travelers | B | Dividend | L | T | | | | | |
| 320.  - T Rowe Price | B | Dividend | L | T | | | | | |
| 321.  - Weyerhauser | | None | K | T | | | | | |
| 322.  - Bonds (H): | | | | | | | | | |
| 323.  - Auburn FL Rev '23 3.0 | A | Interest | K | T | Buy | 05/18/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.   - Baltimore MD '22 5.0 | B | Interest | L | T | | | | | |
| 325.   - Brainard Minn '21 1.75 | A | Interest | K | T | | | | | |
| 326.   - Burlington VT '22 5.0 | A | Interest | K | T | | | | | |
| 327.   - Cape Coral FL '40 6.0 | D | Interest | M | T | | | | | |
| 328.   - Carbon Cnty PA '20 5.0 | B | Interest | | | Redeemed | 03/02/20 | L | | |
| 329.   Columbus OH '23 5.0 | B | Interest | L | T | Buy | 03/02/20 | K | | |
| 330.   - Cromwell CT '20 4.0 | A | Interest | | | Redeemed | 06/15/20 | K | | |
| 331.   - Delton Kellogg MY Sch '22 4.0 | B | Interest | L | T | | | | | |
| 332.   - Denton TX '22 5.0 | A | Interest | J | T | | | | | |
| 333.   - Des Moines IA G.O. '23 5.0 | A | Interest | K | T | Buy | 05/07/20 | K | | |
| 334.   - Harrison NJ '20 3.0 | B | Interest | | | Redeemed | 08/03/20 | K | | |
| 335.   - Louisiana St Energy & Pwr '23 5.0 | B | Interest | L | T | Buy | 05/07/20 | L | | |
| 336.   - New York City Trust for Cultural Reserve '21 5.0 | B | Interest | K | T | | | | | |
| 337.   - Orange Cnty FL '24 5.0 | C | Interest | L | T | | | | | |
| 338.   - Oyster Bay NY '23 3.0 | B | Interest | L | T | | | | | |
| 339.   Philadelphia PA Wtr '23 3.0 | A | Interest | K | T | Buy | 05/18/20 | K | | |
| 340.   - Sauk Centre Minn Sch '24 3.0 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  - Vancouver Wash. '22 5.0 | B | Interest | L | T | | | | | |
| 342.  - West Orange NY '22 2.0 | A | Interest | L | T | | | | | |
| 343.  - West VA RFDG '23 5.0 | A | Interest | K | T | Buy | 05/07/20 | J | | |
| 344.  - Williamson Cnty TX '22 4.5 | A | Interest | K | T | | | | | |
| 345.  - Brokerage Account No. 2 (H): | | | | | | | | | |
| 346.  - Wells Fargo expanded bank deposit | A | Interest | | | Closed | 10/17/20 | M | | |
| 347.  - Raymond James Bank Deposit Program | A | Interest | M | T | Open | 10/17/20 | M | | |
| 348.  - Stocks (H): | | | | | | | | | |
| 349.  - Abbott Labs | A | Dividend | J | T | | | | | |
| 350.  - Abbvie | B | Dividend | K | T | | | | | |
| 351.  - Air Products | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 352.  - Alphabet Inc. | | None | J | T | | | | | |
| 353.  - Amazon | | None | K | T | Buy | 04/07/20 | K | | |
| 354.  - American Electric Power | A | Dividend | J | T | | | | | |
| 355.  - American Express | A | Dividend | J | T | | | | | |
| 356.  - Apple | A | Dividend | L | T | | | | | |
| 357.  - ASML Holding | | None | | | Sold | 04/07/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.   - AT&T | B | Dividend | K | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 359.   - Automatic Data Processing | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 360.   - Blackrock | A | Dividend | J | T | | | | | |
| 361.   - Bristol Myers Squibb | A | Dividend | K | T | Buy | 04/07/20 | J | | |
| 362. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 363.   - Chevron | A | Dividend | K | T | Buy<br>(add'l) | 07/07/20 | J | | |
| 364.   - Chubb | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 365.   - Coca-cola | A | Dividend | K | T | | | | | |
| 366.   - Comcast | A | Dividend | J | T | | | | | |
| 367.   - Conoco | | None | | | Sold | 01/20/20 | J | A | |
| 368.   - Estee Lauder | A | Dividend | J | T | | | | | |
| 369.   - Facebook | | None | K | T | | | | | |
| 370.   - Gilead Sciences | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 371.   - Intercontinental Exchange Group | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 372.   - Intuitive Surgical | | None | J | T | | | | | |
| 373.   - Iron Mountain | A | Dividend | K | T | | | | | |
| 374.   - Johnson & Johnson | A | Dividend | K | T | Buy | 04/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  - JP Morgan Chase | A | Dividend | K | T | Buy<br>(add'l) | 04/07/20 | J | | |
| 376.  - Mastercard | A | Dividend | J | T | | | | | |
| 377.  - McDonalds | A | Dividend | J | T | | | | | |
| 378.  - Microsoft | A | Dividend | K | T | | | | | |
| 379.  - Nestle | A | Dividend | J | T | | | | | |
| 380.  - Nextera Energy | A | Dividend | K | T | Buy | 04/07/20 | K | | |
| 381. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 382.  - Nike | A | Dividend | J | T | | | | | |
| 383.  - Novo-Nordisk | A | Dividend | J | T | | | | | |
| 384.  Otis Worldwide | | None | | | Open | 04/03/20 | J | | |
| 385. | | | | | Sold | 04/07/20 | J | | |
| 386.  - Pepsico | A | Dividend | J | T | | | | | |
| 387.  - Phillip Morris | A | Dividend | J | T | | | | | |
| 388.  - Procter & Gamble | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 389.  - Roche Holding | A | Dividend | J | T | | | | | |
| 390.  - Texas Instruments | A | Dividend | J | T | | | | | |
| 391.  - Union Pacific | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. - United Health | A | Dividend | J | T | | | | | |
| 393. - United Technologies L&N (see note Part VIII) | A | Dividend | | | Sold | 04/13/20 | J | A | |
| 394. - Verisk Analytics | A | Dividend | | | Sold | 04/13/20 | J | | |
| 395. - Verizon | A | Dividend | K | T | | | | | |
| 396. - Visa | A | Dividend | K | T | | | | | |
| 397. - Waste Management | A | Dividend | K | T | | | | | |
| 398. - Exchange Traded and Closed End Funds (H): | | | | | | | | | |
| 399. - Invesco S&P Midcap ETF Value With Momentum Fund | A | Dividend | | | Sold | 04/07/20 | K | C | |
| 400. - Invesco S&P Midcap ETF Momentum Fund | A | Dividend | | | Sold | 04/07/20 | K | D | |
| 401. - SPDR Dow Jones Wilshire Int'l Real Est. Fund | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 402. - SPDR Nuveen Barclays Mun. Fund | A | Int./Div. | K | T | | | | | |
| 403. - SPDR S&P Div ETF Fund | A | Dividend | K | T | Buy (add'l) | 07/07/20 | J | | |
| 404. - Vanguard Intermediate ETF Term Bd Fund | A | Distribution | K | T | | | | | |
| 405. - Vanguard short term ETF Bd Fund | A | Dividend | K | T | | | | | |
| 406. -Vanguard TTL World Stk Index Fund | B | Dividend | M | T | | | | | |
| 407. - Mutual Funds (H): | | | | | | | | | |
| 408. - American Funds Tax-Exempt Bond Fund | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  - Cohen & Steers Realty Fund | A | Dividend | K | T | | | | | |
| 410.  - Franklin Conv. Sec. Adv. Fund | | Dividend | L | T | | | | | |
| 411.  - Goldman Sachs Dynamic Mun. Inc. Fund (see note Part VIII) | B | Dividend | L | T | | | | | |
| 412.  - JP Morgan Dynamic Sm Cp Gr Sel Fund | | None | | | Sold | 04/07/20 | K | | |
| 413.  - Mainstay Large Cap Grw I Fund | | None | | | Sold | 04/07/20 | K | C | |
| 414.  - Nuveen limited term muni bond I Fund | B | Dividend | L | T | | | | | |
| 415.  - Trust No. 3: (H) | | | | | | | | | |
| 416.  - Brokerage Account No. 1 (H): | | | | | | | | | |
| 417.  - Wells Fargo expanded bank deposit | A | Interest | | | Closed | 10/17/20 | L | | |
| 418.  - Raymond James Bank Deposit Program | A | Interest | L | T | Open | 10/17/20 | L | | |
| 419.  - CDs (H) | | | | | | | | | |
| 420.  - Goldman Sachs Bank 1.9 2/14/20 | A | Interest | | | Redeemed | 02/14/20 | L | | |
| 421.  - Great Southern Bank MO 1.1 01/27/21 | B | Interest | M | T | Buy | 03/19/20 | M | | |
| 422.  - Medallion Bank, Salt Lake City UT 2.4 5/6/20 | B | Interest | | | Redeemed | 05/06/20 | K | | |
| 423.  - State Bank of India NY 1.7 11/17/20 | B | Interest | | | Redeemed | 03/18/20 | M | | |
| 424.  - City National Bank 2/25/21 1.65 | | None | M | T | Buy | 02/14/20 | L | | |
| 425.  - Stocks (H): | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  - 3M Co. | D | Dividend | M | T | | | | | |
| 427.  - Air Products | C | Dividend | M | T | | | | | |
| 428.  - Apple | B | Dividend | N | T | | | | | |
| 429.  - Danaher | A | Dividend | M | T | | | | | |
| 430.  - Fortive | A | Dividend | K | T | | | | | |
| 431.  - Johnson & Johnson | B | Dividend | M | T | | | | | |
| 432.  - Vontier | | None | J | T | Spinoff<br>(from line 430) | 10/09/20 | J | | |
| 433.  - Wells Fargo | A | Dividend | J | T | | | | | |
| 434.  - Bonds (H): | | | | | | | | | |
| 435.  - Florida Dpt Enviromental Protection<br>Everglades '23 5.0 '23 5.0 | B | Interest | L | T | Buy | 05/07/20 | K | | |
| 436.  - Florida Dpt Environmental Protection<br>RFDG '23 5.0 | A | Interest | K | T | Buy | 05/07/20 | K | | |
| 437.  - Maryland St G.O. '23 5.0 | A | Interest | K | T | Buy | 05/07/20 | J | | |
| 438.  - Ohio St Wtr Pollution '23 5.0 | A | Interest | J | T | Buy | 05/07/20 | J | | |
| 439.  - Pennsylvania RFDG 1st Ser. '23 5.0 | B | Interest | L | T | Buy | 05/07/20 | L | | |
| 440.  - Brokerage Account No. 2 (H): | | | | | | | | | |
| 441.  - Wells Fargo Bank expanded bank deposit | A | Interest | | | Closed | 10/17/20 | M | | |
| 442.  - Raymond James Bank Deposit Program | A | Interest | M | T | Open | 10/17/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. - Stocks (H): | | | | | | | | | |
| 444. - Amazon | | None | K | T | Buy | 04/07/20 | K | | |
| 445. - American Electric Power | A | Dividend | K | T | | | | | |
| 446. - American Express | A | Dividend | K | T | | | | | |
| 447. - Apple | A | Dividend | M | T | Buy (add'l) | 04/07/20 | J | | |
| 448. - AT&T | C | Dividend | K | T | | | | | |
| 449. - Chevron | B | Dividend | K | T | Buy (add'l) | 07/07/20 | J | | |
| 450. - Conoco Phllips | A | Dividend | K | T | Buy (add'l) | 04/07/20 | J | | |
| 451. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 452. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 453. - Digital Realty Trust Inc | A | Dividend | K | T | | | | | |
| 454. - Ebay | A | Dividend | K | T | | | | | |
| 455. - Exelon | A | Dividend | J | T | | | | | |
| 456. - Facebook | | None | K | T | | | | | |
| 457. - Gilead Science | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 458. - Globe Life | A | Dividend | | | Sold | 03/26/20 | J | C | |
| 459. - Hartford Financial Services | A | Dividend | | | Sold | 04/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.   - Intel | A | Dividend | K | T | Buy<br>(add'l) | 07/24/20 | J | | |
| 461.   - Iron Mountain, Inc. | B | Dividend | K | T | Buy<br>(add'l) | 04/07/20 | J | | |
| 462.   - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 463.   - JP Morgan Chase | B | Dividend | L | T | | | | | |
| 464.   - Lowes | A | Dividend | K | T | Buy<br>(add'l) | 04/07/20 | J | | |
| 465.   - LTC Properties Inc | A | Dividend | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 466. | | | | | Sold | 07/31/20 | K | | |
| 467.   - Marathon Petroleum | A | Dividend | | | Sold | 07/24/20 | K | | |
| 468.   - Medtronic | A | Dividend | K | T | | | | | |
| 469.   - Microsoft | A | Dividend | L | T | | | | | |
| 470.   - National Grid | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 471.   - National Retail Properties | A | Dividend | K | T | | | | | |
| 472.   - Nextera Energy | B | Dividend | M | T | | | | | |
| 473.   - Pepsico | A | Dividend | K | T | | | | | |
| 474.   - Phillips 66 | B | Dividend | K | T | Buy<br>(add'l) | 07/07/20 | J | | |
| 475.   - PNC Financial | A | Dividend | K | T | Buy<br>(add'l) | 04/07/20 | J | | |
| 476.   - PPG | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. - Procter & Gamble | B | Dividend | M | T | | | | | |
| 478. - Qualcomm | A | Dividend | K | T | Buy<br>(add'l) | 04/07/20 | J | | |
| 479. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 480. - Realty Income Corp | B | Dividend | L | T | Buy<br>(add'l) | 04/07/20 | J | | |
| 481. - Southern Company | B | Dividend | K | T | | | | | |
| 482. - Target | A | Dividend | K | T | | | | | |
| 483. - Travelers | A | Dividend | M | T | | | | | |
| 484. - Truist Finl Corp. | A | Dividend | J | T | | | | | |
| 485. - US Bancorp | B | Dividend | K | T | Buy<br>(add'l) | 07/24/20 | J | | |
| 486. - Verizon | B | Dividend | L | T | | | | | |
| 487. - Waste Management | A | Dividend | K | T | | | | | |
| 488. - Exchange Traded & Closed End Funds:(H) | | | | | | | | | |
| 489. - IShares MSCI Small Cap Fund | A | Dividend | L | T | | | | | |
| 490. - IShares Short Treasury Bond Fund | A | Dividend | K | T | | | | | |
| 491. - SPDR S&P div ETF Fund | B | Dividend | L | T | | | | | |
| 492. - Vanguard Intermediate Term ETF Bd Fund | A | Dividend | K | T | | | | | |
| 493. - Vanguard short teerm ETF Bd Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494.  - Xtrackers MSCI EAFE Equity Fund | B | Dividend | M | T | | | | | |
| 495.  - Mutual Funds (H): | | | | | | | | | |
| 496.  - American tax-exempt bond Fund | A | Int./Div. | L | T | | | | | |
| 497.  - Franklin Fed. Intm. Trm. Tx. Fr. Adv. Fund | C | Int./Div. | M | T | | | | | |
| 498.  - Goldman Sachs Dynamic Mun. Inc. Fund (see note Part VIII) | A | Int./Div. | L | T | | | | | |
| 499.  - Nuveen Ltd. Term Mun. Bond Fund | B | Int./Div. | L | T | | | | | |
| 500.  -Tweedy Browne Fund | | None | | | Sold | 03/26/20 | L | | |
| 501.  - Trust No. 4: (H) | | | | | | | | | |
| 502.  - Brokerage Account No. 1 (H): | | | | | | | | | |
| 503.  - Wells Fargo expanded bank depoasit | A | Interest | | | Closed | 10/17/20 | L | | |
| 504.  - Raymond James Bank Deposit Program | A | Interest | L | T | Open | 10/27/20 | L | | |
| 505.  - CDs (H) | | | | | | | | | |
| 506.  - JP Morgan Chase Bank, OH 1.65 11/15/20 | B | Interest | | | Redeemed | 05/15/20 | M | | |
| 507.  - Suntrust Bank Atlanta GA 1.9 2/14/20 | A | Interest | | | Redeemed | 02/14/20 | L | | |
| 508.  - City National Bank 02/25/20 1.65 | | None | M | T | Buy | 02/14/20 | L | | |
| 509.  - bonds: (H) | | | | | | | | | |
| 510.  - Audubon NJ G.O. '23 2.0 | A | Interest | L | T | Buy | 05/18/20 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  - Bucks Cnty PA '22 2.5 | A | Interest | K | T | Buy | 06/04/20 | K | | |
| 512.  - CT Ser B G/O '23 2.0 | A | Interest | K | T | Buy | 06/04/20 | K | | |
| 513.  - Del Rio TX '22 2.250 | A | Interest | K | T | Buy | 06/04/20 | K | | |
| 514.  -Mass ST WTR '22 5.0 | B | Interest | L | T | Buy | 01/15/20 | L | | |
| 515.  - New York NY GO '22 3.0 | | None | K | T | Buy | 05/21/20 | K | | |
| 516.  - Venice FL Util '22 2.0 | A | Interest | K | T | Buy | 05/19/20 | K | | |
| 517.  - Stocks (H): | | | | | | | | | |
| 518.  - Apple | A | Dividend | M | T | | | | | |
| 519.  - Automatic Data Processing | | None | L | T | | | | | |
| 520.  - Caarrier Global | A | Dividend | K | T | Spinoff<br>(from line 527) | 04/15/20 | K | | |
| 521.  - CDK Global | A | Dividend | | | Sold | 03/27/20 | J | B | |
| 522.  - Danaher | A | Dividend | L | T | | | | | |
| 523.  - Ecolab | C | Dividend | N | T | | | | | |
| 524.  - Fortive | A | Dividend | | | Sold | 03/27/20 | J | D | |
| 525.  - Nike Class B | A | Distribution | M | T | | | | | |
| 526.  - Otis | A | Dividend | K | T | Spinoff<br>(from line 527) | 04/15/20 | K | | |
| 527.  - Raytheon Technologies (note Part VIII) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. - Brokerage Account No. 2 (H): | | | | | | | | | |
| 529. - Wells Fargo expanded bank deposit | A | Interest | | | Closed | 10/17/20 | L | | |
| 530. - Raymond James Bank Deposit Program | A | Interest | L | T | Open | 10/17/20 | L | | |
| 531. - Stocks (H): | | | | | | | | | |
| 532. - Abbvie | B | Dividend | K | T | Buy<br>(add'l) | 01/30/20 | J | | |
| 533. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 534. - Allergan | A | Dividend | | | Sold | 05/11/20 | J | C | |
| 535. - Allianz | | None | | | Sold | 03/26/20 | J | B | |
| 536. - Amazon | | None | K | T | Buy | 03/30/20 | J | | |
| 537. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 538. - Ameerican Electric Power | A | Dividend | J | T | | | | | |
| 539. - Anasys | | None | J | T | | | | | |
| 540. - Apple | A | Dividend | L | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 541. - AspenTechnology | | None | J | T | | | | | |
| 542. - AT&T | B | Dividend | K | T | Buy<br>(add'l) | 03/27/20 | J | | |
| 543. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 544. - Autodesk | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Berkley W.R. | A | Dividend | | | Sold | 03/27/20 | J | B | |
| 546. - Biogen | | None | J | T | | | | | |
| 547. - Boeing | | None | | | Sold | 01/17/20 | K | | |
| 548. - Broadcom | A | Dividend | K | T | | | | | |
| 549. - CDW | A | Dividend | J | T | | | | | |
| 550. - Check Point | | None | | | Sold | 03/27/20 | J | A | |
| 551. - Chevron | A | Dividend | K | T | Buy (add'l) | 01/30/20 | J | | |
| 552. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 553. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 554. - Cisco | | | | | Sold | 01/17/20 | K | | |
| 555. - Citrix | A | Dividend | J | T | Buy (add'l) | 03/27/20 | J | | |
| 556. - Comcast | A | Dividend | K | T | | | | | |
| 557. - ConocoPhillips | A | Dividend | K | T | Buy | 01/17/20 | K | | |
| 558. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 559. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 560. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 561. - Cooper Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562.  - Copart | | None | J | T | | | | | |
| 563.  - Cree | | None | | | Sold | 03/30/20 | J | A | |
| 564.  - Dassault | | None | | | Sold | 03/30/20 | J | D | |
| 565.  - DBS | | None | | | Sold | 03/26/20 | J | B | |
| 566.  - Digital Realty Trust | A | Dividend | K | T | | | | | |
| 567.  - Docusign | | None | J | T | | | | | |
| 568.  - Dolby | A | Dividend | J | T | | | | | |
| 569.  - Expeditors Int'l | A | Dividend | J | T | | | | | |
| 570.  - ExxonMobil | | None | | | Sold | 01/17/20 | J | | |
| 571.  - General Mills | A | Dividend | K | T | | | | | |
| 572.  - Gilead Sciences | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 573. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 574.  - Home Depot | A | Dividend | K | T | Buy<br>(add'l) | 03/27/20 | J | | |
| 575.  - IBM | A | Dividend | | | Sold | 01/17/20 | K | | |
| 576.  - IBM | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 577. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 578.  - Intel | A | Dividend | K | T | Buy<br>(add'l) | 07/24/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  - Ionis Pharmaceuticals | | None | J | T | | | | | |
| 580.  - Iron Mountain, Inc. | A | Dividend | K | T | Buy | 01/17/20 | K | | |
| 581. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 582.  - JPMorgan Chase | A | Dividend | K | T | Buy | 03/27/20 | J | | |
| 583.  - Jack Henry | | None | J | T | | | | | |
| 584.  - Johnson & Johnson | | None | | | Sold | 01/17/20 | K | | |
| 585.  - Johnson Controls Intl | A | Dividend | | | Sold | 03/30/20 | J | | |
| 586.  - L'Oreal | | None | | | Sold | 04/07/20 | J | B | |
| 587.  - L3 Harris Technologies | A | Dividend | K | T | | | | | |
| 588.  - Lennox Int'l | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 589.  - Lockheed Martin | A | Dividend | K | T | | | | | |
| 590.  - Medtronic | A | Dividend | J | T | | | | | |
| 591.  - Merck | A | Dividend | K | T | | | | | |
| 592.  - Microoft | A | Dividend | K | T | | | | | |
| 593.  - MSCI Inc Com | | None | K | T | | | | | |
| 594.  - Nestle | A | Dividend | J | T | | | | | |
| 595.  - Nextera Energy | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Nordson | A | Dividend | | | Sold | 04/07/20 | J | C | |
| 597. - Nucor | A | Dividend | | | Sold | 04/07/20 | J | | |
| 598. - Occidental Pete Corp. | A | Dividend | | | Sold | 04/07/20 | J | | |
| 599. - Pepsico | A | Dividend | K | T | | | | | |
| 600. - Phillips 66 | A | Dividend | K | T | | | | | |
| 601. - Pool Corp. | A | Dividend | J | T | | | | | |
| 602. - Procter & Gamble | A | Dividend | K | T | | | | | |
| 603. - Primerica | A | Dividend | | | Sold | 04/07/20 | J | B | |
| 604. - RBC Bearngs | | None | | | Sold | 04/07/20 | J | C | |
| 605. - Qualcom | A | Dividend | K | T | Buy | 03/30/20 | K | | |
| 606. - Realty Income Corp. | A | Dividend | K | T | | | | | |
| 607. - Royal Dutch Shell | A | Dividend | | | Sold | 04/07/20 | J | | |
| 608. - SAP AG | | None | | | Sold | 04/07/20 | J | B | |
| 609. - Scott's Miracle-Glo | A | Dividend | J | T | | | | | |
| 610. - Seagate Tech. | A | Dividend | J | T | | | | | |
| 611. - Snap-on | A | Dividend | | | Sold | 03/26/20 | J | A | |
| 612. - Sonova | | None | | | Sold | 04/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613.  - Southern Company | A | Dividend | K | T | | | | | |
| 614.  - Symrise | | None | | | Sold | 03/26/20 | J | A | |
| 615.  - Sysmex | | None | | | Sold | 03/26/20 | J | A | |
| 616.  - Taiwan Semiconductor | A | Dividend | J | T | | | | | |
| 617.  - TE Connectivity | A | Dividend | J | T | | | | | |
| 618.  - Tencent Holdings | | None | | | Sold | 01/17/20 | N | | |
| 619.  - Teradyne | A | Dividend | K | T | | | | | |
| 620.  - Twitter | | None | J | T | | | | | |
| 621.  - Unilever | A | Dividend | | | Sold | 03/26/20 | J | A | |
| 622.  - United Health | A | Dividend | K | T | | | | | |
| 623.  - Verizon | A | Dividend | K | T | | | | | |
| 624.  - Vertex | | None | J | T | | | | | |
| 625.  - Wabco Holdings | | None | | | Sold | 06/01/20 | J | B | |
| 626.  - Waste Management | A | Dividend | K | T | | | | | |
| 627.  - Exchange Traded Closed End Funds (H): | | | | | | | | | |
| 628.  - Ishares Russell 3000 Fund | A | Dividend | K | T | | | | | |
| 629.  - SPDR S&P Div ETF Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  - Vanguard Intermediate ETF term bond Fund | A | Dividend | K | T | | | | | |
| 631.  - Vanguard short term Corp Bond Fund | A | Dividend | K | T | | | | | |
| 632.  - Mutual funds (H): | | | | | | | | | |
| 633.  - American Tax-Exempt Bd Fund | B | Int./Div. | L | T | | | | | |
| 634.  - E V Atlanta Cap Sel Eq Fund | | None | K | T | | | | | |
| 635.  - Goldman Sachs Dynamic Mun. Inc. Fund (see note Part VIII) | B | Int./Div. | M | T | | | | | |
| 636.  - IRA consisting of Stocks and Corporate Bonds: (H) | | | | | | | | | |
| 637.  - Brokerage Account No. 1 (H): | | | | | | | | | |
| 638.  - Wells Fargo expanded bank deposit | A | Interest | | | Closed | 10/17/20 | J | | |
| 639.  - Raymond James Bank Deposit Program | A | Interest | J | T | Open | 10/17/20 | J | | |
| 640.  - Brokerage Account No. 2 (H): | | | | | | | | | |
| 641.  - Wells Fargo standad bank deposit | A | Interest | | | Closed | 10/17/20 | L | | |
| 642.  - Raymond James Bank Deposit Program | A | Interest | L | T | Open | 10/17/20 | L | | |
| 643.  - Stocks (H): | | | | | | | | | |
| 644.  - Amazon | | None | L | T | Buy | 03/26/20 | K | | |
| 645. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 646.  - American Electric Power | A | Dividend | K | T | Buy (add'l) | 04/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647.  - Ameriprise Financial | | None | | | Sold | 03/26/20 | J | | |
| 648.  - Amgen | A | Dividend | K | T | | | | | |
| 649.  - Apple | A | Dividend | L | T | Buy<br>(add'l) | 04/14/20 | J | | |
| 650.  - AT&T | A | Dividend | K | T | Buy<br>(add'l) | 04/14/20 | J | | |
| 651.  - Barrick Gold | A | Dividend | | | Buy | 09/29/20 | K | | |
| 652. | | | | | Sold | 12/03/20 | J | | |
| 653.  - Berkshire Hathaway | | None | L | T | | | | | |
| 654.  - Boeing | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 655. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 656.  - Chevron | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 657. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 658.  - Cisco | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 659.  - Digital Realty Trust | A | Dividend | K | T | | | | | |
| 660.  - Exxon Mobil | B | Dividend | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 661. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 662. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 663. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664. | | | | | Sold | 09/08/20 | K | | |
| 665.  - General Mills | A | Dividend | K | T | | | | | |
| 666.  - Home Depot | A | Dividend | K | T | | | | | |
| 667.  - IBM | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 668. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 669.  - Intel | A | Dividend | K | T | Buy<br>(add'l) | 07/24/20 | J | | |
| 670.  - Johnson & Johnson | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 671. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 672.  - JP Morgan Chase | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 673.  - Lockheed Martin | A | Dividend | K | T | | | | | |
| 674.  - Merck | A | Dividend | K | T | | | | | |
| 675.  - Microsoft | A | Dividend | K | T | | | | | |
| 676.  - Nextera Energy | A | Dividend | K | T | | | | | |
| 677.  - Pepsico | A | Dividend | K | T | | | | | |
| 678.  - Pfizer | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 679.  - Phillips 66 | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 680. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - Procter & Gamble | A | Dividend | K | T | | | | | |
| 682. - Realty Income Corp. | A | Dividend | K | T | Buy (add'l) | 03/26/20 | J | | |
| 683. - Southern Company | A | Dividend | J | T | | | | | |
| 684. - U.S. Bancorp | A | Dividend | | | Buy (add'l) | 03/26/20 | J | | |
| 685. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 686. | | | | | Sold | 09/29/20 | K | | |
| 687. - Verizon | | Dividend | K | T | | | | | |
| 688. - Viatris | | None | J | T | Spinoff (from line 678) | 11/20/20 | J | | |
| 689. - Waste Management | A | Dividend | K | T | Buy (add'l) | 03/26/20 | J | | |
| 690. - Exchange traded and closed End funds (H): | | | | | | | | | |
| 691. - Invesco Dynamic Large Cap Fund | | None | | | Sold | 03/16/20 | L | | |
| 692. - Ishares Russell 1000 value Fund | | None | | | Sold (part) | 03/30/20 | L | B | |
| 693. | | | | | Sold | 04/14/20 | L | E | |
| 694. - Vanguard Intermediate ETF Term Bd Fund | B | Dividend | M | T | | | | | |
| 695. - Vanguard short term ETF Fund | A | Dividend | K | T | | | | | |
| 696. - Vanguard Utilities Fund | B | Dividend | M | T | | | | | |
| 697. - Mutual funds (H): | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 698.   - Cohen & Steers Pref. Sec. & Inc. I Fund | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 03/08/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

4Line 14: This stock was transferred to Brokerage Account No. 2 and appears on line 95.

Line 23: This fund was transfgerred to Brokerage Account No. 2 and appears on line 143.

Line 24: This fund was transfgerred to Brokerage Account No. 2 and appears on line 145.

Line 25: This fund was transfgerred to Brokerage Account No. 2 and appears on line 154.

Line 26: This fund was transferred to Brokerage Account No. 2 and appears on line 150.

line 28: This fund was transferred to Brokerage Account No. 2 and appears on line 152.

Line 41: The name of this bond has been amplified to show the interest rate and due date.

Line 48: The maturity date of this bond was listed as '26, and is now correctly listed as '22.

Line 95: This stock was transferred from Brokerage Account No. 1 on line 14.

Line 141: This fund was transferred from Brokerage Account No. 1 on line 27.

Line 143: This fund was transferred from Brokerage Account No. 1 on line 23.

Line 145: This fund was transferred from Brokerage Account No. 1 on line 24.

Line 150: This fund was transferred from Brokerage Account No. 1 on line 26.

Line 152: This fund was transferred to Brokerage Account No. 1 on line 28.

Line 154: This fund was transferred from Brokerage Account No. 1 on line 25.

Line 185: This stock was transferred to Brokerage Account No. 2 and appears on  line 237.

Line 237: This stock, was transferred from Broikerage Account No. 1 on line 185.

Line 393: "United Technologies" changed its name to "United Technologies L&N."

Line 527: United Technologies changed its name to Raytheon Technologies.

Line 635: This fund changed its name from "Goldman Sachs Strategic Mun. Inc. Fund" to "Goldman Sachs Dynamic Mun. Inc. Fund."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Jon O. Newman

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544